UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUL 24 P 1: 16

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08CR2479-LAB |
| | 08mj8636 |
| vs. | ORDER |
| | RELEASING MATERIAL WITNESS |
| Samuel Licia-Esquer Defendant(s) | Booking No. 09156298 |
| | 887121 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Juan Padilla-Arellano

DATED: 7/24/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
              DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk