UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA 2008 JUL. 24 P 4: 16

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Samuel Lieia-Esquer<br>Defendant(s) | CRIMINAL NO. _08 CR2479-LAB_<br>_08mj8636_<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 12778023<br>887120 |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody: (Bond Posted / Case Disposed / Order of Court).

Ventura Vargas-Ruiz

DATED: 7/24/08

RECEIVED _____
DUSM

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk