UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA 2008 JUL 24 P 4:16

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08CR2479-LAB |
| Plaintiff ) | 08mj8636 |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Samuel Licia-Esquer ) | Booking No. 09155298 |
| Defendant(s) ) | 887119 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Victor Padilla-Arellano

DATED: 7/24/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _S. Flores_
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082